# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15-cr-74 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| TALLIS MASON ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

On January 26, 2016, Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending that (a) the Court accept Defendant's plea of guilty to Count Two of the Indictment in exchange for the undertakings made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the charges set forth in Count Two of the Indictment; (c) a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant remain in custody pending sentencing in this matter. (Doc. 18.) Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Two of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on Friday, May 20, 2016, at 9:00 am.

**SO ORDERED.**

**ENTER:**

/s/
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**